AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

Southern District     DISTRICT OF     New York

PRAJNA GROUP, CORP.,

        Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

GAVEA INTERNATIONAL, INC.,
GAVEASTONE USA, INC., GAVEASTONE
COMMERCIO INTERNACIONAL, LTDA., and
DAVID CONNELLY,

CASE NUMBER:

**06 CV 2972**

**JUDGE SWEET**

TO: (Name and address of defendant)

GAVEA INTERNATIONAL, INC., GAVEASTONE USA, INC.,
GAVEASTONE COMMERCIO INTERNACIONAL, LTDA., and
DAVID CONNELLY
1407 Ocean Avenue, Suite B
Seal Beach, CA 90740

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

OLSHAN GRUNDMAN FROME ROSENZWEIG & WOLOSKY LLP
Park Avenue Tower
65 East 55th Street
New York, New York 10022
(212) 451-2300

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

DATE     APR 1 8 2006

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| : : : : : Telephone No.: | | | | |
| Attorney for: Plaintiff | | Ref. No. or File No.: C361854 | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Eastern District Of New York | | | | |
| Plaintiff: PRAJNA GROUP, CORP. | | | | |
| Defendant: GAVEA INTERNATIONAL, INC., GAVEASTONE USA, INC. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 06 CV 2972 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Rule 7.1 Statement; Complaint; Individual Practices Of Judge Robert W. Sweet; Individual Practices Of Magistrate Judge Eaton; Critical Instructions To Attorneys

3. a. Party served: DAVID CONNELLY
   b. Person served: WADE RISDALE AUTHORIZED TO ACCEPT SERVICE FOR DAVID CONNELLY

4. Address where the party was served: 12021 WILSHIRE BLVD.
   SUITE 517
   LOS ANGELES, CA 90025

5. I served the party:
   b. **by substituted service.** On: Wed., Apr. 19, 2006 at: 2:45PM by leaving the copies with or in the presence of:
   WADE RISDALE AUTHORIZED TO ACCEPT SERVICE FOR DAVID CONNELLY
   (1) (Business) Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Apr. 20, 2006 from: LOS ANGELES, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. Person Who Served Papers:                      Fee for Service:
   a. RON CONSTANTINEAU



**IN-HOUSE ATTORNEY SERVICE, INC.**
10351 Santa Monica Boulevard
Suite 101A
Los Angeles, California 90025
Telephone 310-557-9666
E-Mail: inhouse_98@yahoo.com

8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.

                                                                         *Ron Constantineau*

Judicial Council form POS-010              AFFIDAVIT OF SERVICE             (RON CONSTANTINEAU)
Rule 982.9.(a)&(b) Rev July 1, 2004                                                                             c361854.rsl.120506

State of California

County of Los Angeles } ss.

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

On 4-27-06, before me, Evan Osborne,
      Date                                    Printed Name of Notary Public

personally appeared Ron Constantineau,
                                  Printed Name(s) of Signer(s)

[☒] personally known to me - or -
[ ] proved to me on the basis of satisfactory evidence:
    [ ] form(s) of identification _____
    [ ] credible witness(es) _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

[Seal: EVAN REID OSBORNE, COMM. #1531066, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires Dec. 2, 2008]

_____
Signature of Notary Public

(Seal)

--- OPTIONAL INFORMATION ---

Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.

## Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:
[ ] Individual(s)
[ ] Attorney-in-Fact
[ ] Corporate Officer(s) _____
                          Title(s)

[ ] Guardian/Conservator
[ ] Partner - Limited/General
[ ] Trustee(s)
[ ] Other: _____

representing: _____
        Name(s) of Person(s) or Entity(ies) Signer is Representing

### Additional Information

[ ] Additional Signer(s)  [ ] Signer(s) Thumbprint(s)
[ ] Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612  Form ACK02. 02/04. To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RELIABLE LEGAL SERVICES, INC.<br>119 WEST 72ND STREET<br>NEW YORK, NY  10023 | (646) 331-2492 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>0S335817-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address

SHORT NAME OF CASE
PRAJNA GROUP CORP vs. GAVEA INTERNATIONAL, INC.

| PROOF OF SERVICE | HEARING DATE: | HEARING TIME: | DEPT/DIV: | CASE NUMBER:<br>06CV2972 |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS AND COMPLAINT; PLAINTIFF'S RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON AND CM ECF RULES

**Name:** GAVESTONE USA, INC.

**Person Served:** RHONDA MCCARTY/CORP SVC CO.
**Title:** AGENT/CSC LAWYERS INC.

**Date of Delivery:** 04/20/06
**Time of Delivery:** 12:00 pm

**Place of Service:** 2730 GATEWAY OAKS DRIVE #100
SACRAMENTO, CA 95833                    (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

Subscribed and sworn before me, a notary public, this 1st day of May, 2006 at Sacramento, CA

Notary Public

**Fee for service:** $ 69.50

ADOPTED JUDICIAL COUNCIL FORM, RULE 982 (A) (23)

[X] Registered: .... SACRAMENTO .... County,
Number: ...... 2005-47 .........

**Attorney's Diversified Services**
1424 21st Street
Sacramento, CA 95814     Client File # N/A
(916) 441-4396
30B/0S335817-01

PROOF OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: .......... May 1, 2006 .........,
at: .......... SACRAMENTO ......, California.

Signature:
Name: KYLE SOUZA
Title: EMPLOYEE OF ATTORNEYS DIVERSIFIED SVC.

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Prajna Group, Corp.  
Plaintiff(s)  
v  
Gavea International, Inc., et al  
Defendant(s)

Case No: 06 CV 2972

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Gavea International, Inc.

With the (documents) Summons; Complaint with Exhibit's A - G; Plaintiff's Rule 7.1 Statement; Individual Practices of Judge Robert W. Sweet; Individual Practices of Magistrate Judge Eaton; and CM ECF Rules

**Person Served:** Mary Drummond, Business Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

**Service Address:** 2711 Centerville Road, Suite 400, Wilmington, DE 19808

**Date of Service:** April 21, 2006  
**Time of Service:** 3:25 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address ( ) Evading ( ) Moved, left no forwarding ( ) Other
( ) Address does not exist ( ) Service canceled by Litigant ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 40's  Sex: F  Race: B  Hgt: 5'6"  Wgt: 135  Hair: Brown  Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 21, 2006 at Wilmington, Delaware  
Date            City         State

Daniel Newcomb, Process Server

State of Delaware  
New Castle County

Subscribed and sworn before me, a Notary Public of the State of Delaware on April 21, 2006

**Witness My Hand and Official Seal To**

Kimberly J. Ryan, My Commission Expires 6/15/08  
Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008

# AFFIDAVIT OF PROCESS SERVER

In The United States District Court for the Southern District of New York

Prajna Group, Corp.  
Plaintiff(s)  
v  
Gavea International, Inc., et al  
Defendant(s)

Case No: 06 CV 2972

I declare that I am a citizen of the United States, over the age of eighteen and not a party to this action. And that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I served Gaveastone USA, Inc.

With the (documents) Summons; Complaint with Exhibit's A - G; Plaintiff's Rule 7.1 Statement; Individual Practices of Judge Robert W. Sweet; Individual Practices of Magistrate Judge Eaton; and CM ECF Rules

Person Served: Mary Drummond, Business Agent authorized to accept on behalf of Corporation Service Company, Registered Agent

Service Address: 2711 Centerville Road, Suite 400, Wilmington, DE 19808

Date of Service: April 21, 2006              Time of Service: 3:25 p.m.

**Manner of Service:** (X) By personally delivering copies to the person/authorized agent of entity being served.
( ) By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof
( ) By leaving copies at the dwelling house or usual place of abode of the person being served, with a member of the household 18 or older and explaining the general nature of the papers.
( ) By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

( ) Unknown at address      ( ) Evading              ( ) Moved, left no forwarding  ( ) Other
( ) Address does not exist  ( ) Service canceled by Litigant  ( ) Unable to serve in a timely fashion

**Service Attempts:** Service was attempted on _____ at _____, _____ at _____,
_____ at _____, _____ at _____, _____ at _____, _____ at _____.

**Description:** Age: 40's  Sex: F  Race: B  Hgt: 5'6"  Wgt: 135  Hair: Brown  Glasses: Yes

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on:

April 21, 2006    at  Wilmington,   Delaware
Date                  City           State

_____
Daniel Newcomb, Process Server

State of Delaware
New Castle County

Subscribed and sworn before me, a Notary Public of the State of Delaware on April 21, 2006

Witness My Hand and Official Seal To

_____
Kimberly J. Ryan, My Commission Expires 6/15/08
Notary Public, State of Delaware

KIMBERLY J. RYAN  
NOTARY PUBLIC-DELAWARE  
My Commission Expires June 15, 2008

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Telephone No: | | | | |
| Attorney for: Plaintiff | Ref. No. or File No.: C361854 | | | |
| Insert name of Court, and Judicial District and Branch Court: United States District Court Eastern District Of New York | | | | |
| Plaintiff: PRAJNA GROUP, CORP. | | | | |
| Defendant: GAVEA INTERNATIONAL, INC., GAVEASTONE USA, INC. | | | | |
| **AFFIDAVIT OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: 06 CV 2972 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Rule 7.1 Statement; Complaint; Individual Practices Of Judge Robert W. Sweet; Individual Practices Of Magistrate Judge Eaton; Critical Instructions To Attorneys

3. a. Party served:     GAVEASTONE USA, INC.
   b. Person served:   WADE RISDALE AUTHORIZED TO ACCEPT SERVICE FOR GAVEASTONE USA, INC.

4. Address where the party was served:   12021 WILSHIRE BLVD. SUITE 517 LOS ANGELES, CA 90025

5. I served the party:
   b. **by substituted service**. On: Wed., Apr. 19, 2006 at: 2:45PM by leaving the copies with or in the presence of:
   WADE RISDALE AUTHORIZED TO ACCEPT SERVICE FOR GAVEASTONE, USA, INC.
   (1) **(Business)** Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Thu., Apr. 20, 2006 from: LOS ANGELES, CA

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: GAVEASTONE USA, INC.

7. Person Who Served Papers:                         Fee for Service:
   a. RON CONSTANTINEAU



**IN-HOUSE ATTORNEY SERVICE, INC.**
10351 Santa Monica Boulevard
Suite 101A
Los Angeles, California 90025
Telephone 310-557-9866
E-Mail: inhouse_98@yahoo.com

8. I declare under penalty of perjury under the laws of the State of New York and under the laws of the United States Of America that the foregoing is true and correct.

Judicial Council form POS-010                       AFFIDAVIT OF SERVICE            (RON CONSTANTINEAU)
Rule 982.9.(a)&(b) Rev July 1, 2004                                                                         c361854.rsl.120506

# CALIFORNIA ALL-PURPOSE CERTIFICATE OF ACKNOWLEDGMENT

State of California
County of **Los Angeles** } ss.

On **4-27-06**, before me, **EVAN OSBORNE**,
Date — Printed Name of Notary Public

personally appeared **Ron Constantineau**,
Printed Name(s) of Signer(s)

[X] personally known to me - or -
[ ] proved to me on the basis of satisfactory evidence:
    [ ] form(s) of identification _____
    [ ] credible witness(es) _____

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*[Seal: EVAN REID OSBORNE, COMM. #1531066, NOTARY PUBLIC - CALIFORNIA, LOS ANGELES COUNTY, My Comm. Expires Dec. 2, 2008]*

*Evan Osborne* — Signature of Notary Public

(Seal)

---

## OPTIONAL INFORMATION

*Although the information in this section is not required by law, it could prevent fraudulent removal and reattachment of this acknowledgment to an unauthorized document and may prove useful to persons relying on the attached document.*

### Description of Attached Document

The preceding Certificate of Acknowledgment is attached to a document titled/for the purpose of _____

containing _____ pages, and dated _____

The signer(s) capacity or authority is/are as:
[ ] Individual(s)
[ ] Attorney-in-Fact
[ ] Corporate Officer(s) _____
    Title(s)
[ ] Guardian/Conservator
[ ] Partner - Limited/General
[ ] Trustee(s)
[ ] Other: _____

representing: _____
Name(s) of Person(s) or Entity(ies) Signer is Representing

**Additional Information**
[ ] Additional Signer(s)    [ ] Signer(s) Thumbprint(s)
[ ] Other

© Copyright 2004 Notary Rotary, Inc. 925 29th St., Des Moines, IA 50312-3612   Form ACK02. 02/04. To re-order, call toll-free 1-877-349-6588 or visit us on the Internet at http://www.thenotaryshop.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 06 CV 2972

AFFIDAVIT OF SERVICE

**PRAJNA GROUP, CORP.**

    Plaintiff/Petitioner,

vs.

**GAVEA INTERNATIONAL, INC.**

    Defendant/Respondent.

_____/

Received by **JPL Process Service** on **04/24/2006** at **10:59 AM** to be served upon:

**GAVESTONE USA, INC.**

    ss.

I, **RONALD ALAN KOFFLER**, depose and say that:

On **04/30/2006** at **09:00 PM**, I served the within **SUMMONS, COMPLAINT, PLAINTIFFS RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON;CM ECF RULES** on **GAVESTONE USA, INC.** at **1407 OCEAN AVENUE SUITE B, Seal Beach, CA 90740** in the manner indicated below:

By delivering a true copy of this process to **DAVID CONNELLY, AUTHORIZED TO ACCEPT** of the above named corporation and informing him/her of the contents.

Comments/Prev. Attempts: **DEFENDANT WOULD NOT COME DOWN THE STAIRS TO ACCEPT SERVICE, HIS FRONT DOOR WAS OPEN. HE ACKNOWLEDGED THAT I HAD BEEN AT THE ADDRESS SEVERAL TIMES FOR SERVICE AND STATED "THAT HE WOULD NOT MAKE THIS EASY" TO EFFECT SERVICE. HE WAS AWARE OF THE DOCUMENTS AND ASKED US TO LEAVE AT THE BOTTOM OF HIS STAIR INSIDE HIS RESIDENCE.**

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

    X _Ronald A. Koffler_
    RONALD ALAN KOFFLER - 3253
    JPL Process Service
    P.O. Box 918
    Midway City, CA 92655
    866.754.0520
    Atty File#: - Our File# **2775**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 06 CV 2972

### AFFIDAVIT OF SERVICE

**PRAJNA GROUP, CORP.**

    Plaintiff/Petitioner,

vs.

**GAVEA INTERNATIONAL, INC.**

    Defendant/Respondent.

_____/

Received by **JPL Process Service** on **04/24/2006** at **10:59 AM** to be served upon:

**DAVID CONNELLY**

    ss.

I, **RONALD ALAN KOFFLER**, depose and say that:

On **04/30/2006** at **09:00 PM**, I served the within **SUMMONS, COMPLAINT, PLAINTIFFS RULE 7.1 STATEMENT; INDIVIDUAL PRACTICES OF JUDGE ROBERT W. SWEET; INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE EATON;CM ECF RULES** on **DAVID CONNELLY** at **1407 OCEAN AVENUE SUITE B, Seal Beach, CA 90740** in the manner indicated below:

By delivering to the within named person a true copy of this process and informing the person of the contents.

Comments/Prev. Attempts: **DEFENDANT WOULD NOT COME DOWN THE STAIRS TO ACCEPT SERVICE, HIS FRONT DOOR WAS OPEN. HE ACKNOWLEDGED THAT I HAD BEEN AT THE ADDRESS SEVERAL TIMES FOR SERVICE AND STATED "THAT HE WOULD NOT MAKE THIS EASY" TO EFFECT SERVICE. HE WAS AWARE OF THE DOCUMENTS AND ASKED US TO LEAVE AT THE BOTTOM OF HIS STAIR INSIDE HIS RESIDENCE.**

I declare under penalties of perjury under the laws of the state of California that the foregoing is true and correct.

X _Ronald A. Koffler_
RONALD ALAN KOFFLER - 3253
JPL Process Service
P.O. Box 918
Midway City, CA 92655
866.754.0520
Atty File#:   - Our File# **2776**